RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdennett@dennettwinspear.com
MATTHEW J. WAGNER, ESQ.
mwagner@dennettwinspear.com
Nevada Bar No. 11311
mwagner@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:    (702) 839-1100
Facsimile:    (702) 839-1113
***Attorneys for Defendant,***
***YESCO LLC***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD KLINE, an individual,

Plaintiff,

vs.

YESCO, LLC, a Foreign Limited-Liability
Company; DOES I-X, inclusive; and ROE
BUSINESS ENTITIES I-X, inclusive,

Defendants.

CASE NO:  2:24-cv-00750-JAD-DJA

**STIPULATION AND ORDER ALLOWING EXTENSION OF TIME FOR DEFENDANT YESCO, LLC TO FILE REPLY TO PLAINITIFF'S MOTION FOR SANCTIONS**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff RICHARD KLINE and Defendant YESCO LLC, by and through their undersigned counsel of record, to the following extension of time:

Plaintiff's Motion for Sanctions (Doc #33) was filed May 16, 2026. The Parties have agreed to allow Defendant YESCO, LLC an extension to file its Opposition to Plaintiff's motion to July 6, 2026**.** Plaintiff will have until July 16, 2026 to file his Reply. The justification for the extension is that the parties have scheduled private mediation for June 26, 2026 and would like to focus resources on potential resolution of all claims.

…

…

DATED this 29th day of May, 2025.

**BIGHORN LAW**

*/s/ Joshua P. Berrett*

JOSHUA P. BERRETT, ESQ.
Nevada Bar No. 12697
3675 W. Cheyenne Avenue, Suite 100
N. Las Vegas, Nevada 89032

and

BRICE J. CRAFTON, ESQ.
Nevada Bar No. 10558
**DEAVER | CRAFTON**
810 E. Charleston Boulevard
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

DATED this 28th day of May, 2025.

**DENNETT WINSPEAR, LLP**

*/s/ Matthew J. Wagner*

RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 11311
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
*Attorneys for Defendant*

## ORDER

Upon stipulation of the Parties, and for good cause appearing:

1. The Stipulation is granted;

2. Defendant YESCO LLC's deadline to file its Opposition to Plaintiff's Motion for Sanctions is July 6, 2026; and

3. Plaintiff's deadline to file his Reply brief is July 16, 2026.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 6/1/2026

2